UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JEFFREY JORDAN**<br>**309 VARNUM STREET, NW**<br>**WASHINGTON, D.C. 20011** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.** |
| **v.** | ) ) ) | |
| **FBOP DIRECTOR OFFICES,**<br>**320 1ST STREET, NW**<br>**WASHINGTON, D.C. 20534** | ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, the Federal Bureau of Prisons

("Defendant" or "BOP"), by and through undersigned counsel, hereby respectfully files this

Notice of Removal of the complaint originally filed in the District of Columbia Superior Court

by Jeffrey Jordan, ("Plaintiff"). In support of this Notice, the following facts are relied upon:

1.      BOP is in receipt of a Summons and Complaint in the case of *Jeffrey Jordan v.*

*FBOP Directors Offices,* Case No. 2016 CA 004290 B in the Civil Division of the Superior

Court of the District of Columbia ("Civil Action"). Plaintiff appears to allege claims under the

Federal Torts Claim Act ("FTCA"). A copy of the Summons and Complaint are attached hereto

as Exhibit A.

2.      BOP is the agency of the United States pursuant to 28 U.S.C. § 1442(a)(1). Thus,

the Civil Action is properly before this Court.

3.     Plaintiff's claims are one for which the District Court has original jurisdiction because the suit is against the Federal Bureau of Prisons.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

July 17, 2017                                    Respectfully submitted,


                                                 CHANNING D. PHILLIPS, D.C. Bar# 415793
                                                 United States Attorney

                                                 DANIEL F. VAN HORN, D.C. Bar #924092
                                                 Civil Chief

                              By:        _____/s/_____
                                                 KENNETH ADEBONOJO
                                                 Assistant United States Attorney
                                                 Judiciary Center Building
                                                 555 4th Street, NW – Civil Division
                                                 Washington, D.C.  20530
                                                 (202) 252-2562

                                                 Attorneys for Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2017, that service of the foregoing

Notice of Removal of a Civil Action has been made by first-class mail, postage prepaid, to:

JEFFREY JORDAN
309 VARNUM STREET, NW
WASHINGTON, D.C. 20011

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
